JJK

FILED
7/29/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN 2 3 2016
6-23-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Emanuel Woods

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff Tom Dart
Ms. Anderson Cook County officer

16-cv-6613
Judge James B. Zagel
Magistrate Judge Maria Valdez
Case PC4
(To

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

CHECK ONE ONLY:            **AMENDED COMPLAINT**

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331** U.S. Code (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

   A. Name: Emanuel Woods

   B. List all aliases: _____

   C. Prisoner identification number: _____

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002, Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Tom Dart

   Title: Cook County Sheriff

   Place of Employment: Cook County

   B. Defendant: _____

   Title: _____

   Place of Employment: _____

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _____
   _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _____
   _____

   D. List all defendants: _____
   _____
   _____
   _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____
   _____

   G. Basic claim made: _____
   _____
   _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
   _____
   _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments** or cite any **cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 12, 2016, I was in the Law Library, when an incident ocurred, about a pen had been stolen, me and several detainees had got up to stand against the wall, to be searched, while this was taking process, someone threw the pen by me I reach down to retrieve the pen, so I could give it to the officer Mrs. Anderson before I could hand her the pen she rush me and grab me under my arm, and around my neck, pushing me against the wall, forcing me to the ground hurting my neck and shoulder. This incident took place right in front of the camera, in the Law Library, a picture tells a thousand details, Mrs. Anderson had no reason, to use excessive force to me, which cause me to seek medical attention, this incident also effected, me mentally and emotionally

Reviewed: 8/2013

especially this happening to me by a female officer, I would like the officer discipline.

Reviewed: 8/2013

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to recive compensatory damages also punitive damage for this matter. I will allow the attourney to decide the figure or amount.

VI.  The plaintiff demands that the case be tried by a jury. ☐ YES  ☑ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____

_____
(Address)

Reviewed: 8/2013

# Inmate Grievance Number: **2016x4120**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608



INMATE COPY

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2016 X 4120

### INMATE INFORMATION

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| WOODS | EMANUEL | 20160307032 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
260 - MISCONDUCT (PHYSICAL) BY SWORN STAFF

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO:** O.P.R. I.S.
**DATE REFERRED:** 5/14/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
SEE ATTACHMENT

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT.: | DATE: |
|---|---|---|---|
| L. FENDERSON | [signature] | ADMN | 5/14/16 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT.: | DATE: |
|---|---|---|---|
| Cruz Clemons | Cruz Clemons | 10 | 5/14/16 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GREIVANCE SUBJECT CODE: _____

**INMATE SIGNATURE:** Em___ Woods
**DATE RESPONSE WAS RECEIVED:** 5/14/16

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 5/14/16

**INMATE'S BASIS FOR AN APPEAL:**
I would Like to Appeal this matter

*INMATE COPY*

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☒

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:**
Original Response to Stand

| ADMINISTRATOR/DESIGNEE: | SIGNATURE: | DATE: |
|---|---|---|
| J Mueller | [signature] | 5/17/16 |

**INMATE SIGNATURE:** Em___ Woods
**DATE INMATE RECEIVED APPEAL RESPONSE:** 5/24/16

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2016X4120

### INMATE INFORMATION

| INMATE LAST NAME: | INMATE FIRST NAME: | ID Number: |
|---|---|---|
| WOODS | EMANUEL | 2016030703 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**

260 - MISCONDUCT (PHYSICAL) BY SWORN STAFF

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO:** O.P.R. I.S.

**DATE REFERRED:** 5/14/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** Cris Clemons
**SIGNATURE:** Cris Clemons
**DIV./DEPT.:** 10
**DATE:** 5/14/16

**INMATE SIGNATURE:** Em Woods
**DATE RESPONSE WAS RECEIVED:** 5/14/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 5/14/16

**INMATE'S BASIS FOR AN APPEAL:**

I would like to Appeal this matter

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** ☐ Yes ☐ No

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

- [ ] GRIEVANCE  [ ] NON-GRIEVANCE (REQUEST)

CONTROL # : 

INMATE ID # :

2 of 2 pg.

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:
- [ ] EMERGENCY GRIEVANCE
- [x] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

### REFERRED TO:
- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: _____
- [ ] OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME: **Woods**
PRINT - FIRST NAME: **Emanuel**
INMATE BOOKING NUMBER: **2016-0307-032**
DIVISION: **10**
LIVING UNIT: **3-C**
DATE: **12-13-16**

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

DATE OF INCIDENT: **5-12-16**
TIME OF INCIDENT: **Approx 11. am**
SPECIFIC LOCATION OF INCIDENT: **Law Library**

I walked back to a spot on the wall to be searched when someone throw the pen by me. I reach down to give her the pen when Mrs. Aderson rush me grab me under my arm and around my neck pushing me against the wall trying to force me to the ground hurting my neck and shoulder. This incident took place right in front of the camee in the Law Library. Approx time 11: am on 5-12-16

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED**

I would like for these officer to be disciplin

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

INMATE SIGNATURE AND DATE: Em____ Woods 5-13-16

CRW/PLATOON COUNSELOR (Print): **McCoy**
SIGNATURE: *G. Lynch*
DATE CRW/PLATOON COUNSELOR RECIEVED: **5/14/16**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:

(FCN-40)(APR15) — (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:**
**INMATE ID #:**

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☒ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: ____
- ☐ OTHER: ____

### INMATE INFORMATION

**PRINT - INMATE LAST NAME:** Woods
**PRINT - FIRST NAME:** Emanuel
**INMATE BOOKING NUMBER:** 2016-0307-032
**DIVISION:** 10
**LIVING UNIT:** 3-C
**DATE:** 5-13-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

**DATE OF INCIDENT:** 5-12-16
**TIME OF INCIDENT:** Approx 11:00AM
**SPECIFIC LOCATION OF INCIDENT:** Law Library

On the above date and time, I Emanuel Woods 20160307-032 was in the Law Library when someone stole a pen off the office desk which was Mrs. Aderson she was in charge of the Law Library at the pen was stoling off the desk. So when the officer came to take us back to our wing she told the officer to shake us down cause someone stole a pen off the desk. I walk back to stand

**ACTION THAT YOU ARE REQUESTING:**

I would like for these officer to be discipline.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**

**INMATE SIGNATURE AND DATE:** Emanuel Woods 5-13-16

**CRW/PLATOON COUNSELOR (Print):** McCoy
**SIGNATURE:** [signature]
**DATE CRW/PLATOON COUNSELOR RECEIVED:** 5/14/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40)(APR15)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

**Complaint Narrative (Continued)**

Her the pen when. MRS ADERSON Rush me grab me under my arm. And around my Neck pushing me Against the wall trying to force me to the ground Hurting my Neck and shoulder. This incident took Place Right IN front of the Camer in the law Library. Approx. time 11:AM ON 5-12-16

PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.

I have read this statement that I have voluntarily made, consisting of __2__ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. __EMANUEL WOODS__
(Print Name)

Complainant's Signature: __Em Woods__  Date: __6-2-16__

State of Illinois )
County of Cook )

Signed and sworn to before me on __06-02-16__ by __Emanuel Woods__
                                    (date)                    (name of person making statement)

OFFICIAL SEAL
DILDRED MCCOY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 01/17/19

(Signature of notary public)

A person commits PERJURY when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. PERJURY IS A CLASS 3 FELONY.

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California
Chicago, IL. 60608



# SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
### COMPLAINT REGISTER

**Complainant Information**

| NAME (Last, First, M.I.): Woods Emanuel | AGE: 44 | DATE OF BIRTH: 1-1-72 | HOME #: N/A |
|---|---|---|---|
| HOME ADDRESS: 2600 S. California | CITY: Chicago | | WORK/OTHER #: |
| STATE: Il | ZIP CODE: 60608 | STATE I.D./D.L. #: 2016-0307-032 | STATE OF ISSUANCE: IL |

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

**DATE OF INCIDENT:** 5-12-16
**TIME OF INCIDENT:** Approx 11:AM
**LOCATION OF INCIDENT:** Div-10 Law-Library

**PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:**

Mrs. Aderson. African American Female. She has a mole in the middle of her fore-head.

**ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION?** ☒ YES ☐ NO
IF YES, PROVIDE CONTACT INFORMATION.

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| Daniel Henney #2015092310 | P.O.Box 089002 Chicago Ill. 60608, CCDOC Div. 10-3C | N/A |
| Jamie Clark #20160426138 | P.O.Box 089002 Chi, IL 60608, CCDOC Div 10-3C | N/A |
| Dominique Nash #20160307192 | P.O.Box 089002 Chi. IL 60608 CCDOC Div. 10-3C | N/A |
| Jason Gardner #2015061926B | P.O.Box 089002 Chi IL 60608 CCDOC Div 10-3C | N/A |

**PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.**

On the above date and time. I Emanuel Woods 2016-0307-032 was in the Law Library when someone stole a pen off the officer desk. which was Mrs. Aderson she was in charge of the Law Library at the time the pen was stolen off the desk. So when the officer came to take us back to our wing she told the officer to shake us down cause someone stole a pen off the desk. I walked back to spot on the wall to be searched when someone throw the pen by me. I reach down to give ☒ CONTINUED ON REVERSE

**FOR OFFICE USE ONLY**
DATE COMPLAINT RECEIVED: _____ RECEIVED BY: _____
IAD/IG #: _____

EMANUEL WOODS # 2016-0307-032
P.O. Box 089002    Div-10-3-C
CHICAGO, IL. 66608

2016 JUN 23 AM 11:15 TM

16-cv-6613
Judge James B. Zagel
Magistrate Judge Maria Valdez
PC4

NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN St.,
CHICAGO, IL 60604